UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL COLE KAISER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RYAN HERRINGTON, DANEE YOUNG, WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendants. | No. 3:20-CV-5731-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

　　　(1)　The Court adopts the Report and Recommendation.

　　　(2)　Plaintiff's First Motion to Dismiss (Dkt. 4) is granted and the case be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All other pending Motions (Dkt. 1, 5) are denied as moot.

　　　(3)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

　　　**DATED** this 23rd day of September, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1